UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BOBBY STEVENSON (#120379)

VERSUS

JACOB C. JOHNSON, ET AL.

CIVIL ACTION

22-472-SDD-RLB

## RULING AND ORDER

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated May 17, 2023, to which *Objections*[3] were filed. After considering the *Objections* and conducting a *de novo* review, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge for the reasons herein.

**ACCORDINGLY**, the Defendant's Motion to Dismiss (R. Doc. 12) is granted, in part, dismissing the plaintiff's claims against defendant Johnson, with prejudice. In all other regards, the Defendant's Motion to Dismiss (R. Doc. 12) is denied, and this matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on this 20 day of June, 2023.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 12.
[2] Rec. Doc. 26.
[3] Rec. Docs. 29 and 30.